No. 02–5562. JAMES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5564. LUNDBERG *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–5565. MADDEN *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 02–5566. GARRETT *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 02–5567. BARNES *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 02–5568. SAENZ-MENDOZA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–5569. POULLARD *v.* TURNER ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–5570. MCCARTER *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–5571. ROEL HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5572. BURCHETT *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–5573. HARRIS *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 02–5575. HATZFELD *v.* WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–5577. BENNETT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–5578. COMBS *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.